[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Clark*, Slip Opinion No. 2015-Ohio-3580.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

THE STATE OF OHIO, APPELLANT, *v.* CLARK, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Clark*, Slip Opinion No. 2015-Ohio-3580.]**

(No. 2012-0215—Submitted August 11, 2015—Decided September 3, 2015.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 96207, 2011-Ohio-6623.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

_____

{¶ 1} This court issued its judgment in this cause affirming the judgment of the Cuyahoga County Court of Appeals on October 30, 2013. *State v. Clark*, 137 Ohio St.3d 346, 2013-Ohio-4731, 999 N.E.2d 592.

{¶ 2} On June 18, 2015, the Supreme Court of the United States reversed this court's judgment and remanded the cause to this court for further proceedings. *Ohio v. Clark*, ___ U.S. ___, 135 S.Ct. 2173, 192 L.Ed.2d 306.

{¶ 3} On review of the order of the Supreme Court of the United States, we remand this cause to the court of appeals to consider defendant-appellee Darius Clark's assignments of error, which the court of appeals had determined to

be moot. *See State v. Clark*, 8th Dist. Cuyahoga No. 96207, 2011-Ohio-6623, ¶ 72.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Matthew E. Meyer, Assistant Prosecuting Attorney, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Jeffrey M. Gamso and Erika Cunliffe, Assistant Public Defenders, for appellee.

_____